UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
	Plaintiff

	v.                                Case No. 11-cr-126-01-SM

Clay Humphrey,
	Defendant

O R D E R

Defendant Humphrey's motion to continue the final pretrial conference and trial is granted (document no. 10). Defendant Humphrey has filed a Waiver of Speedy Trial. Trial has been rescheduled for the month of February 2012.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for February 10, 2012 at 11:30 a.m. in Room 421.

Jury selection will take place on February 22, 2012 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAulffe
_____
Steven J. McAuliffe
Chief Judge

October 21, 2011

cc: Jeffrey Levin, Esq.
    William Morse, AUSA
    U.S. Marshal
    U.S. Probation